1  THOMAS J. SPEISS, III, SBN 200949
    (tspeiss@sycr.com)
2  SARAH S. BROOKS, SBN 266292
    (sbrooks@sycr.com)
3  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: (949) 725-4000
5  Facsimile: (949) 725-4100

6  Attorneys for Plaintiffs and Counter-defendants
   ARTHUR DOGSWELL, L.L.C.
7                                                                    JS-6

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                      **WESTERN DIVISION**

| | |
|---|---|
| ARTHUR DOGSWELL, L.L.C., a Delaware Limited Liability Company, | CASE NO. 2:13-CV-07235-ODW (MRWx) |
| | Assigned for purposes to: |
| Plaintiff, | Honorable Otis D. Wright, II |
| vs. | **ORDER RE:** <br> **JOINT STIPULATION TO DISMISS** |
| HIMALAYAN CORPORATION dba HIMALAYAN DOG CHEW, a Washington Corporation; and DOES 1-10, | |
| Defendant. | First Amended Complaint Filed: October 11, 2013 |
| HIMALAYAN CORPORATION dba HIMALAYAN DOG CHEW, a Washington Corporation, | |
| Counterclaimants, | |
| vs. | |
| ARTHUR DOGSWELL, L.L.C., a Delaware Limited Liability Company, | |
| Counterdefendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

PROPOSED ORDER

LITIOC/2087532v1/102631-0115

1  Pursuant to the Joint Stipulation filed concurrently herewith, Plaintiff Arthur
2  Dogswell LLC ("Plaintiff" or "Dogswell") and Defendant Himalayan Corporation
3  dba Himalayan Dog Chew ("Defendant" or "Himalayan") have settled their
4  respective claims for relief asserted in this case and have jointly requested that the
5  case be dismissed with prejudice.  The Court, having considered this request, is of
6  the opinion that their request for dismissal should be GRANTED.
7      IT IS THEREFORE ORDERED that the above-entitled cause and all claims
8  against Himalayan by Dogswell and against Dogswell by Himalayan herein are
9  dismissed, with prejudice to the re-filing of same.
10      IT IS FURTHER ORDERED that all attorneys' fees, costs of court and
11  expenses shall be borne by each party incurring the same.
12  Signed this _18th day of _February, 2014.

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE